IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARON D. COVINGTON, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 05-239-GPM |
| VILLAGE OF SAUGET IL, VILLAGE OF SAUGET POLICE DEPARTMENT, PATRICK K. DELANEY, JEFF DONAHEY, and UNKNOWN SAUGET POLICE OFFICERS, | ) ) ) ) ) ) |
|     Defendants. | ) |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff, **DARON D. COVINGTON,** and Defendants, **VILLAGE OF SAUGET IL, VILLAGE OF SAUGET POLICE DEPARTMENT, PATRICK K. DELANEY, JEFF DONAHEY, and UNKNOWN SAUGET POLICE OFFICERS,** that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed February 17, 2006, and Stipulation for Dismissal filed March 27, 2006, each party to bear their own costs.

Dated:  March 30, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:   s/ Linda M. Cook
      Deputy Clerk

Approved by:

 s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**